curred, except McLennan, P. J., and Kruse, J., who dissented and voted for absolute reversal.

Frank Griffin, Respondent, v. William McMahon, Personally and as Administrator, etc., of Teresa McMahon, Deceased, and Others, Defendants, Impleaded with Martha A. Mallory, Appellant.— Orders affirmed, without costs. All concurred; Robson, J., not sitting.

Frank Griffin, Respondent, v. William McMahon, Personally and as Administrator, etc., of Teresa McMahon, Deceased, and Others, Defendants, Impleaded with Martha A. Mallory, Appellant.— Interlocutory judgment affirmed, with costs. All concurred; Robson, J., not sitting.

In the Matter of Probating the Last Will and Testament of Dora Fenner, Deceased. Marion E. Magoffin and Others, Appellants; Cortland O. Tinkham, as Executor, etc., of Dora Fenner, Deceased, Respondent.— Decree affirmed, with costs and disbursements to respondent payable out of the estate. All concurred.

In the Matter of the Application for the Appointment of a General Guardian of the Person and Property of Elda M. Pickard, an Infant. Clare A. Pickard, Appellant; Hermes L. Ames, General Guardian, Respondent.— Decree so far as appealed from reversed, without costs of this appeal to either party. Held, that the surrogate had no power to modify the decree. All concurred.

Adelbert D. Risley, Appellant, v. George H. Eiswald, Respondent, Impleaded with Charles H. Harlow and Others.— Judgment reversed and new trial ordered, with costs to appellant to abide event. Held, that the evidence presented a question of fact for the jury as to the defendant's fraud. All concurred, except Kruse and Robson, JJ., who dissented.

Julia O'Boyle, as Administratrix, etc., of Hugh O'Boyle, Deceased, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Morgan B. Garlock, as Receiver of the Holbrook Insole Company, Respondent, v. Fire Association of Philadelphia, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff within twenty days stipulates to reduce the verdict to the sum of $1,620, with interest from November 7, 1901, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

George E. Millard, Respondent, v. John Marsellus Manufacturing Company, Limited, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the evidence fails to show that the negligence of the defendant was the proximate cause of the injury.

John C. Munro, Respondent, v. William Fults, Appellant.— Judgment of County Court and final order of justice of the peace reversed, with costs in this court and the courts below to the appellant. Held, that the record shows that upon the return of the precept and again before the issuance of the warrant the defendant tendered the full amount of rent unpaid (including all costs and disbursements), which the petitioner refused to accept, and the proceedings should